THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROD-RIGUECE GARCIA, Also Known as CARLOS RODRIGUEZ, Appellant.

Submitted July 26, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEN-NETH HAYES, Appellant.

Submitted July 12, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.